UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW MEXICO

In re: HENRY JOSEPH VIGIL
and AYME VIGIL

Debtors.                                                   No. 03-19509-s7

NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT

Pursuant to Federal Rule 3011, the Trustee in the above-captioned case hereby turns over to the Court unclaimed dividends in the amount of $1,295.71. The name and address of the claimant entitled to the unclaimed dividends is as follows:

| Claim No. | Name and Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 10 | Worldwide Asset Purchasing, LLC<br>c/o Worldwide Asset Management, LLC<br>POB 672047<br>Marietta, GA   30006 | 3,302.83 | 1,295.71 |

/s/submitted electronically 05/25/10
ROBERT L. FINCH
Attorney for Trustee
555 East Main Street
Farmington, NM 87401
Telephone: (505) 325-2029

EXHIBIT "A"